**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET
OAKLAND, CALIFORNIA 94102
Phone: (510) 637-3530



RICHARD W. WIEKING
   Clerk of Court

April 3, 2013

**Ashling P. McAnaney**
**John E. Sharp**
Law Offices of John E. Sharp
24 Professional Center Parkway, Suite 100
San Rafael, CA 94903

**Elizabeth Christine Hehir**
**Robert Arthur Bailey**
Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Re:   **JOHN ZLOTNIK, ET AL  v. WORLD SAVINGS BANK, ET AL**
         C13-01406-DMR

Dear Counsel:

   This matter has been randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial.

   The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

   A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **ONE** of the attached forms documenting either consent or request for reassignment and return or electronically file it with the Court **by no later than April 17, 2013.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                                             Sincerely,

                                             Richard W. Wieking
                                             Clerk, U.S. District Court


                                             By: Ivy L. Garcia
                                                  Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZLOTNIK, ET AL, | No. C-13-01406-DMR |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| WORLD SAVINGS BANK, ET AL, | |
| Defendant(s). | |
| _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____   _____
                                  Signature

                                  Counsel for _____
                                  (Name or party or indicate "pro se")

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZLOTNIK, ET AL,<br><br>    Plaintiff(s),<br><br>  v.<br><br>WORLD SAVINGS BANK, ET AL,<br><br>    Defendant(s).<br>_____/ | No. C-13-01406-DMR<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.


Dated: _____    _____
                                  Signature

                                  Counsel for _____
                                  (Name or party or indicate "pro se")