John E. Sharp
john@johnsharplaw.com
Ashling P. McAnaney
ashling@johnsharplaw.com
LAW OFFICES OF JOHN E. SHARP
24 Professional Center Parkway, Suite 100
San Rafael, CA 94903
Tel: (415) 479-1645 | Fax: (415) 479-2648

Attorneys for Plaintiffs JOHN ZLOTNIK and HAVA ZLOTNIK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Zlotnik and Hava Zlotnik,<br><br>    Plaintiffs,<br><br>    v.<br><br>World Savings Bank, FSB; Wells Fargo Bank, N.A. A/K/A Wachovia Mortgage; NDEx West LLC; and Does 1-20, inclusive,<br><br>    Defendants. | CASE NO.: 4:13-CV-01406-DMR<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

　　　PLEASE TAKE NOTICE that Plaintiffs John Zlotnik and Hava Zlotnik, hereby dismiss this action, United States District Court Case 4:13-cv-01406-DMR, in its entirety and without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Dated: May 1, 2013

LAW OFFICES OF JOHN E. SHARP

By: /s/ Ashling P. McAnaney
Ashling P. McAnaney
ashling@johnsharplaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Rafael, California; my business address is 24 Professional Center Parkway, Suite 100.

On the date below, I served a copy of the foregoing document entitled:

**REQUEST FOR DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

*Counsel for Defendant:*

Robert A. Bailey
rbailey@afrct.com
E. Christine Hehir
chehir@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **May 1, 2013**.

Ashling P. McAnaney
(Type or Print Name)

*(Signature of Declarant)*